**Elizabeth Durkin,** appellant, v. **Edward A. Lightfoot,** appellee. **Gen. No. 31,224.**

Action for personal injuries from automobile. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. George A. Sentel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 2, 1927.

John G. Riordan, for appellant. Green, Brown & Rice, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Bishop-Wyatt Company,** appellant, v. **J. R. Ludwig,** appellee. **Gen. No. 31,235.**

Assumpsit for loan and money had. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed with a finding of fact and judgment entered in this court. Taylor, J., dissents. Opinion filed March 2, 1927.

Weightstill Woods, for appellant; Wilkie Clay Ham, of counsel. John W. Marshall, for appellee; Channing L. Sentz, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**L. Vogel and S. Kohn,** trading as **Vogel & Kohn,** appellants, v. **L. A. Griffin and J. Bennon,** trading as **Bennon-Griffin Company,** appellees. **Gen. No. 31,244.**

Appeal from denial of motion to vacate dismissal for failure to prosecute. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 2, 1927.

Golden & Kagan, for appellants. No appearance for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Charles O'Leary,** plaintiff in error, v. **Commissioners of Lincoln Park,** defendant in error. **Gen. No. 30,888.**

Assumpsit to recover salary due as civil service employee. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 2, 1927.

A. D. Gash, for plaintiff in error. Robert H. Farrell, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.